UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

      Plaintiff,      Case No.: 7:18-cv-2923

  -against -       **NOTICE OF APPEARANCE**

DAWN M. HERSHKO, individually and d/b/a
BRICKHOUSE FOOD & DRINK; ITZHAK
HERSHKO, individually and d/b/a BRICKHOUSE
FOOD & DRINK and BRICKHOUSE FOOD LLC, an
unknown business entity d/b/a BRICKHOUSE FOOD
& DRINK,

      Defendants.

-----------------------------------------------------------------X

  PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of record for Defendants Dawn M. Hershko, individually and d/b/a Brickhouse Food & Drink, Itzhak Hershko, individually and d/b/a Brickhouse Food & Drink and Brickhouse Food LLC d/b/a Brickhouse Food & Drink and demands that a copy be served of all notices, pleadings and other papers in this action, at the office and post office address set forth below.

Dated: Orangeburg, New York
   May 24, 2018

               _____
               Patricia E. Habas, Esq.  PEM 8353
               ROGERS, HABAS, VERRILLI & EISEN, P.C.
               Attorneys for Defendants
               Dawn M. Hershko, individually and d/b/a
               Brickhouse Food & Drink, Itzhak Hershko,
               individually and d/b/a Brickhouse Food &
               Drink and Brickhouse Food LLC d/b/a
               Brickhouse Food & Drink
               100 Dutch Hill Road, Suite 380
               Orangeburg, NY 10962
               (845) 359-5400

TO: Robert Hunter, Esq.
    Attorney for Plaintiff
    J&J Sports Productions, Inc.
    M.L. Zager, P.C.
    461 Broadway, P.O. 948
    Monticello, NY 12701