UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,                Case No.: 7:18-cv-2923

    -against -                **NOTICE OF APPEARANCE**

DAWN M. HERSHKO, individually and d/b/a
BRICKHOUSE FOOD & DRINK; ITZHAK
HERSHKO, individually and d/b/a BRICKHOUSE
FOOD & DRINK and BRICKHOUSE FOOD LLC, an
unknown business entity d/b/a BRICKHOUSE FOOD
& DRINK,

                Defendants.

------------------------------------------------------------------X

    PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of record for Defendants Dawn M. Hershko, individually and d/b/a Brickhouse Food & Drink, Itzhak Hershko, individually and d/b/a Brickhouse Food & Drink and Brickhouse Food LLC d/b/a Brickhouse Food & Drink and demands that a copy be served of all notices, pleadings and other papers in this action, at the office and post office address set forth below.

Dated:  Orangeburg, New York
          July 18, 2018

                                              _____
                                              Eric T. Kolle, Esq.
                                              Rogers, Habas & Eisen, P.C. F/K/A
                                              Rogers, Habas, Verrilli & Eisen, P.C.
                                              Attorneys for Defendants
                                              Dawn M. Hershko, individually and d/b/a
                                              Brickhouse Food & Drink, Itzhak Hershko,
                                              individually and d/b/a Brickhouse Food &
                                              Drink and Brickhouse Food LLC d/b/a
                                              Brickhouse Food & Drink
                                              100 Dutch Hill Road, Suite 380
                                              Orangeburg, NY 10962
                                              (845) 359-5400

TO:   Robert Hunter, Esq.
      Attorney for Plaintiff
      J&J Sports Productions, Inc.
      M.L. Zager, P.C.
      461 Broadway, P.O. 948
      Monticello, NY 12701
      (845) 794-3660