THE LAW OFFICES OF

# M.L. ZAGER, P.C.

| | |
|---|---|
| **461 Broadway - P.O. Box 948** | **JACOB R. BILLIG** |
| **Monticello, New York 12701** | **ROBERT B. HUNTER** |
| **(845) 794-3660; (845) 794-3919 (fax)** | **JOSEPH LOUGHLIN** |
| | **MICHAEL D. BAER, (NY, NJ)** |

December 14, 2018

Clerk,
Hon. Kenneth M. Karas
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: J & J Sports v Dawn M. Hershko, et al
Our File # 2217161
Index # 7:18-cv-02923-KMK

Dear Sir/Madam:

Our firm is counsel to the plaintiff regarding the above captioned action.

This letter is to advise that defendants were served. An Answer was filed June 14, 2018. Plaintiff served its discovery demands on June 28, 2018.

Soon thereafter counsel for Defendants, Rogers, Habas & Eisen, P.C. sought to withdraw as attorneys [Dkt. #19]. This Court granted opposing counsel's application to withdraw as attorney for Defendants [Dkt#22].

To date, Defendants have failed serve their response to Plaintiff's outstanding demands as well as to retain new counsel.

In light of the foregoing, the undersigned respectfully requests that this Court schedule a conference in order to see how Defendants intend to proceed.

Very truly yours,
M.L. ZAGER, P.C.

By: Robert B. Hunter

RH/jm
cc:

| Brickhouse Food LLC | Dawn M Hershko | Itzhak Hershko |
|---|---|---|
| 20 S. Broadway | 20 S. Broadway | 20 S. Broadway |
| Nyack, NY 10960 | Nyack, NY 10960 | Nyack, NY 10960 |