THE LAW OFFICES OF
# M.L. ZAGER, P.C.

461 Broadway - P.O. Box 948  
Monticello, New York 12701  
(845) 794-3660; (845) 794-3919 (fax)

JACOB R. BILLIG  
ROBERT B. HUNTER  
JOSEPH LOUGHLIN  
MICHAEL D. BAER, (NY, NJ)

December 14, 2018

Clerk,  
Hon. Kenneth M. Karas  
U.S. District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601-4150

Re: J & J Sports v Dawn M. Hershko, et al  
Our File # 2217161  
Index # 7:18-cv-02923-KMK

Dear Sir/Madam:

Our firm is counsel to the plaintiff regarding the above captioned action.

The undersigned is in receipt of this Court's Order directing that a conference be held on January 10, 2019 at 2:00pm.

Please be advised that Plaintiff will be unable to appear before the Court in that I am currently scheduled to conduct a foreclosure sale in the matter of *Cheswold v Michael Gobeo* at the Orange County Supreme Court on the same date in time. Plaintiff respectfully requests an adjournment of this conference to a later date.

Respectfully submitted.

Very truly yours,  
M.L. ZAGER, P.C.

By: Robert B. Hunter

RH/jm  
cc:  Brickhouse Food LLC     Dawn M Hershko        Itzhak Hershko  
     20 S. Broadway          20 S. Broadway        20 S. Broadway  
     Nyack, NY 10960         Nyack, NY 10960       Nyack, NY 10960