UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
J & J Sports Productions, Inc.,

                             Plaintiff,

-against-

Dawn M. Hershko, et al

                             Defendant.
-----------------------------------------------------------X

Docket No: 7:18-cv-02923-KMK

CLERK'S CERTIFICATE OF DEFAULT

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 3, 2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Dawn M. Hershko by substituted service on April 11, 2018 and proof of service was therefore filed on May 3, 2018, Doc. #11; a copy of the summons and complaint was served on defendant Itzhak Hershko by substituted service on April 11, 2018 and proof of service was therefore filed on May 3, 2018, Doc. #12; a copy of the summons and complaint was served on defendant Brickhouse Food LLC. by personally serving Nancy Dougherty, Authorized Person for the New York State, Secretary of State on April 5, 2018 and proof of service was therefore filed on April 12, 2018, Doc. #10.

      I further certify that the docket entries indicate that the Defendants have appeared in this action and have responded to the Complaint within the time permitted by law, except that the attorney who previously appeared for Defendants withdrew with permission from the Court. No subsequent appearance has occurred and Defendants failed to appear at the conference scheduled for January 17, 2019.

      The default of the defendants is hereby noted.

Dated: New York, New York
            _____, 2019

                                        RUBY J. KRAJICK
                                        Clerk of Court


                            By: _____
                                   Deputy Clerk