UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| J & J Sports Productions, Inc., | AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT |
| Plaintiff, | |
| -against- | Docket No: 7:18-cv-02923-KMK |
| Dawn M. Hershko, et al | |
| Defendant. | |

-----------------------------------------------------------X

To: The Clerk of the above-entitled Court:

I, Robert B. Hunter, declare as follows:

1. I am the attorney for J & J Sports Productions, Inc., in the above-entitled action.

2. On April 11, 2018, Defendant Dawn M. Hershko was served with the Summons and Complaint. On May 3, 2018, the Proof of Service, evidencing same as to Dawn M. Hershko was filed with the Court.

3. On April 11, 2018, Defendant Itzhak Hershko was served with the Summons and Complaint. On May 3, 2018, the Proof of Service, evidencing same as to Itzhak Hershko was filed with the Court.

4. On April 5, 2018, Defendant Brickhouse Food LLC was served with the Summons and Complaint. On April 12, 2018, the Proof of Service, evidencing same as to Brickhouse Food LLC was filed with the Court.

5. The Defendants have appeared in this action and have responded to the Complaint within the time permitted by law, except that the attorney who previously appeared for Defendants withdrew with permission from the Court. No subsequent appearance has occurred and Defendants failed to appear at the conference scheduled for January 17, 2019.

6. Defendants are not infants, incompetent persons, or persons in military service or

otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

7. Plaintiff respectfully requests default in its favor.

I declare under the penalty of perjury of the laws of the United States of America that the above is true and correct.

Dated: February 6, 2019

Respectfully submitted,

_____
Law Offices of M.L. Zager, P.C.
By: Robert B. Hunter
*Attorneys for Plaintiff*
461 Broadway, PO Box 948
Monticello NY 12701
Email: Rhunter@mzager.com
Tel: 845-794-3660
Fax: 845-794-3919