UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J & J Sports Productions, Inc.,                        **DEFAULT JUDGMENT** (proposed)

                Plaintiff,

    - against -

                                        Case No.: 7:18-cv-02923-KMK

Dawn M. Hershko, individually and d/b/a
Brickhouse Food & Drink; Itzhak Hershko,
individually and d/b/a Brickhouse Food & Drink
and Brickhouse Food LLC, an unknown
business entity d/b/a Brickhouse Food & Drink
                Defendants.
-----------------------------------------------------------------X

    This action having been commenced on April 9, 2018 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants, Jose Santos and Maria Valente by personal service on April 11, 2018 and proof of service was therefore filed on April 18, 2018 [Doc. #10 & 11] and upon defendant, Deli Delight, Inc. of Westchester by personal service on the Office of the New York State, Secretary of State on April 11, 2018 and proof of service was therefore filed on April 20, 2018 [Doc. #12], and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $_____ with interest at _____ % from _____ plus costs and disbursements of this action in the amount of $915.00 amounting in all to $_____ _____.

Dated: New York, New York
        _____

                                                          _____
                                                                 U.S.D.J.
                                      This document was entered on the docket
                                      on _____.