UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
J & J Sports Productions, Inc.,

                              Plaintiff,            **STATEMENT OF DAMAGES**

        - against -

                                           Case No.: 7:18-cv-02923-KMK

Dawn M. Hershko, individually and d/b/a
Brickhouse Food & Drink; Itzhak Hershko,
individually and d/b/a Brickhouse Food & Drink
and Brickhouse Food LLC, an unknown
business entity d/b/a Brickhouse Food & Drink

                                Defendants.
-------------------------------------------------------------------X

Principal amount sued for . . . . . . . . . . .. . . . . . . . . . . . . . . . . . . . . . . . . . . $170,000.00

Interest at 9% . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . . . . . . . . . . . . . $

Costs and Disbursements:

Clerk's Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 400.00
Process Server fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 215.00
Auditor Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 300.00
Statutory Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$

Total as of July 17, 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $

**AFFIX AS EXHIBITS - COPY OF:**

      **1.**      **SUMMONS**
      **2.**      **COMPLAINT**
      **3.**      **PROOF OF SERVICE**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York ▼

| | |
|---|---|
| J & J Sports Productions, Inc. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.   7:18-cv-2923 |
| Dawn M. Hershko, individually and d/b/a | ) |
| Brickhouse Food & Drink; Itzhak Hershko, | ) |
| individually and d/b/a Brickhouse Food & Drink | ) |
| and Brickhouse Food LLC, an unknown | ) |
| business entity d/b/a Brickhouse Food & Drink | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dawn M. Hershko
20 S. Broadway
Nyack, NY 10960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> M.L. ZAGER, P.C.
> 461 BROADWAY
> PO BOX 948
> MONTICELLO NY 12701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: April 3, 2018                                     /S/ Symia James
_____                          _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | |
|---|---|
| J & J Sports Productions, Inc. | ) ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No.   7:18-cv-2923 |
| Dawn M. Hershko, individually and d/b/a Brickhouse Food & Drink; Itzhak Hershko, individually and d/b/a Brickhouse Food & Drink and Brickhouse Food LLC, an unknown business entity d/b/a Brickhouse Food & Drink | ) ) ) ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Itzhak Hershko
20 S. Broadway
Nyack, NY 10960


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M.L. ZAGER, P.C.
461 BROADWAY
PO BOX 948
MONTICELLO NY 12701


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


_CLERK OF COURT_

Date:  April 3, 2018                                    /S/  Symia  James
                                                        _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York   ▾

| | |
|---|---|
| J & J Sports Productions, Inc. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Dawn M. Hershko, individually and d/b/a | ) |
| Brickhouse Food & Drink; Itzhak Hershko, | ) |
| individually and d/b/a Brickhouse Food & Drink | ) |
| and Brickhouse Food LLC, an unknown | ) |
| business entity d/b/a Brickhouse Food & Drink | ) |
| *Defendant(s)* | ) |

Civil Action No.   7:18-cv-2923

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brickhouse Food LLC
20 S. Broadway
Nyack, NY 10960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

M.L. ZAGER, P.C.
461 BROADWAY
PO BOX 948
MONTICELLO NY 12701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: April 3, 2018                           /s/  Symia  James
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                          _____
                                              *Printed name and title*

                                          _____
                                              *Server's address*

Additional information regarding attempted service, etc:

Robert B. Hunter
Law Offices of M.L. Zager, P.C.
461 Broadway, PO Box 948
Monticello NY 12701
Rhunter@mzager.com
Fax: 845-794-3919
Tel: 845-794-3660

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J Sports Productions, Inc. | Case No.: 7:18-cv-02923 |
| Plaintiff, | |
| vs. | COMPLAINT |
| Dawn M. Hershko, individually and d/b/a Brickhouse Food & Drink; Itzhak Hershko, individually and d/b/a Brickhouse Food & Drink and Brickhouse Food LLC, an unknown business entity d/b/a Brickhouse Food & Drink | |
| Defendants. | |

**PLAINTIFF ALLEGES:**

### JURISDICTION

1. Jurisdiction is founded on the existence of a question arising under particular statutes. This action is brought pursuant to several federal statutes, including the Communications Act of 1934, as amended, Title 47 U.S.C. 605, *et seq.*, and The Cable & Television Consumer Protection and Competition Act of 1992, as amended, Title 47 U.S. Section 553, *et seq.*

2. This Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. Section 1331, which states that the District Courts shall have original jurisdiction of all civil actions

arising under the Constitution, laws, or treaties, of the United States. This Court has subject matter jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367 (supplemental jurisdiction).

3. This Court has personal jurisdiction over the parties in this action as a result of the Defendants' wrongful acts hereinafter complained of which violated the Plaintiff's rights as the exclusive commercial domestic distributor of the televised fight *Program* hereinafter set forth at length. The Defendants' wrongful acts consisted of the interception, reception, publication, divulgence, display, exhibition, and tortious conversion of said property of Plaintiff within the control of the Plaintiff in the State of New York.

## VENUE

4. Pursuant to Title 47 U.S.C. Section 605, venue is proper in the Southern District of New York because a substantial part of the events or omissions giving rise to the claim occurred in this District.

## INTRADISTRICT ASSIGNMENT

5. Assignment to the Southern District of New York is proper because a substantial part of the events or omissions giving rise to the claim occurred in Rockland County and/or the United States District Court for the Southern District of New York has decided that suits of this nature, and each of them, are to be heard by the Courts in this particular Division.

## THE PARTIES

6. Plaintiff, J & J Sports Productions, Inc. is, and at all relevant times mentioned was, California corporation with its principal place of business located at 950 South Bascom Avenue, Suite 3010, San Jose, California 95128.

7. Defendants, Dawn M. Hershko and Itzhak Hershko are individuals identified as a

"Principals" of Brickhouse Food LLC, which operates the commercial establishment doing business as Brickhouse Food & Drink located at 20 S. Broadway, Nyack NY 10960.

8. Defendants, Dawn M. Hershko and Itzhak Hershko are the individuals specifically identified as the "Principals" and "Owners" of Brickhouse Food LLC on the New York State Liquor Authority License for Brickhouse Food LLC (License Serial No. 2198920).

9. Plaintiff is informed and believes, and alleges thereon that on Saturday, May 2, 2015 (the night of the Program at issue herein, as more specifically defined in Paragraph 16) Defendants, Dawn M. Hershko and Itzhak Hershko had the right and ability to supervise the activities of Brickhouse Food LLC which included the unlawful interception of Plaintiff's *Program*.

10. Plaintiff is informed and believes, and alleges thereon that on Saturday, May 2, 2015 (the night of the *Program* at issue herein, as more specifically defined in Paragraph 16) Dawn M. Hershko and Itzhak Hershko as the individuals specifically identified on New York State Liquor Authority License for Brickhouse Food LLC had the obligation to supervise the activities of Brickhouse Food & Drink, which included the unlawful interception of Plaintiff's *Program*, and, among other responsibilities, had the obligation to ensure that the liquor license was not used in violation of law.

11. Plaintiff is informed and believes, and alleges thereon that on Saturday, May 2, 2015 (the night of the *Program* at issue herein, as more specifically defined in Paragraph 16), Defendants, Dawn M. Hershko and Itzhak Hershko specifically directed or permitted the employees of Brickhouse Food & Drink to unlawfully intercept and broadcast Plaintiff's *Program* at Brickhouse Food & Drink or intentionally intercepted, and/or published the *Program* at Brickhouse Food & Drink themselves. The actions of the employees of Brickhouse Food & Drink are directly imputable

to Defendants, Dawn M. Hershko and Itzhak Hershko by virtue of their acknowledged responsibility for the operation of Brickhouse Food & Drink.

12. Plaintiff is informed and believes, and alleges thereon that on Saturday, May 2, 2015, Defendants, Dawn M. Hershko and Itzhak Hershko as the "Principals" and "Owners" of Brickhouse Food LLC and as the individuals specifically identified on the New York State Liquor Authority License for Brickhouse Food LLC, had an obvious and direct financial interest in the activities of Brickhouse Food & Drink, which included the unlawful interception of Plaintiff's *Program*.

13. Plaintiff is informed and believes, and alleges thereon that the unlawful broadcast of Plaintiff's *Program*, as supervised and/or authorized by Defendant Dawn M. Hershko, resulted in increased profits for Brickhouse Food & Drink.

14. Plaintiff is informed and believes, and alleges thereon that Defendant, Brickhouse Food LLC is an owner, and/or operator, and/or licensee, and/or permittee, and/or person in charge, and/or an individual with dominion, control, oversight and management of the commercial establishment doing business as Brickhouse Food & Drink operating at 20 S. Broadway, Nyack NY 10960.

## COUNT I

### (Violation of Title 47 U.S.C. Section 605)

15. Plaintiff J & J Sports Productions, Inc., hereby incorporates by reference all of the allegations contained in paragraphs 1-14, inclusive, as though set forth herein at length.

16. Pursuant to contract, Plaintiff J & J Sports Productions, Inc., was granted the exclusive nationwide commercial distribution (closed- circuit) rights to *"The Fight of the Century" Floyd Mayweather, Jr. V. Manny Pacquiao WBA World Welterweight Championship Fight Program*, telecast nationwide on Saturday, May 2, 2015 (this included all under-card bouts and fight

commentary encompassed in the television broadcast of the event, hereinafter referred to as the "*Program*").

17. Pursuant to contract, Plaintiff J & J Sports Productions, Inc., entered into subsequent sublicensing agreements with various commercial entities throughout North America, including entities within the State of New York, by which it granted these entities limited sublicensing rights, specifically the rights to publicly exhibit the *Program* within their respective commercial establishments in the hospitality industry (i.e., hotels, racetracks, casinos, bars, taverns, restaurants, social clubs, etc.).

18. As a commercial distributor and licensor of sporting events, including the *Program*, Plaintiff J & J Sports Production, Inc., expended substantial monies marketing, advertising, promoting, administering, and transmitting the *Program* to its customers, the aforementioned commercial entities.

19. With full knowledge that the *Program* was not to be intercepted, received, published, divulged, displayed, and/or exhibited by commercial entities unauthorized to do so, the above named Defendants, either through direct action or through actions of employees or agents directly imputable to Defendants (as outlined in paragraphs 7-14 above), did unlawfully intercept, receive, publish, divulge, display, and/or exhibit the *Program* at the time of its transmission at their commercial establishment in Nyack, New York located at 20 S. Broadway, Nyack NY 10960.

20. Said unauthorized interception, reception, publication, exhibition, divulgence, display, and/or exhibition by the Defendants was done willfully and for purposes of direct and/or indirect commercial advantage and/or private financial gain.

21. Title 47 U.S.C. Section 605, *et seq.*, prohibits the unauthorized publication or use of

Page 5

communications (such as the transmission of the Program for which Plaintiff J & J Sports Productions, Inc., had the distribution rights thereto).

22. By reason of the aforesaid mentioned conduct, the aforementioned Defendants, violated Title 47 U.S.C. Section 605, *et seq*.

23. By reason of the Defendants' violation of Title 47 U.S.C. Section 605, *et seq*., Plaintiff J & J Sports Production, Inc., has the private right of action pursuant to Title 47 U.S.C. Section 605.

24. As the result of the aforementioned Defendants' violation of Title 47 U.S.C. Section 605, and pursuant to said Section 605, Plaintiff J & J Sports Productions, Inc., is entitled to the following from each Defendant:

(a) Statutory damages for each violation of in an amount to $10,000 pursuant to Title 47 U.S.C. Section 605(e)(3)(C)(i)(II);

(b) Statutory damages for each willful violation in an amount to $100,000.00 pursuant to Title 47 U.S.C. 605(e)(3)(C)(ii); and

(c) The recovery of full costs, including reasonable attorneys' fees, pursuant to Title 47 U.S.C. Section 605(e)(3)(B)(iii).

**WHEREFORE, Plaintiff prays for judgment as set forth below.**

## COUNT II

### (Violation of Title 47 U.S.C. Section 553)

25. Plaintiff hereby incorporate by reference all of the allegations contained in paragraphs 1-24, inclusive, as though set forth herein at length.

26. The unauthorized interception, reception, publication, divulgence, display, and/or

Page 6

exhibition of the *Program* by the above named Defendants was prohibited by Title 47 U.S.C. Section 553, *et seq.*

27. By reason of the aforesaid mentioned conduct, the aforementioned Defendants, violated Title 47 U.S.C. Section 553, *et seq.*

28. By reason of the Defendants' violation of Title 47 U.S.C. Section 553, *et seq.*, Plaintiff J & J Sports Productions, Inc., has the private right of action pursuant to Title 47 U.S.C. Section 553.

29. As the result of the aforementioned Defendants' violation of Title 47 U.S.C. Section 553, Plaintiff J & J Sports Productions, Inc., is entitled to the following from each Defendant:

(a) Statutory damages for each violation in an amount to $10,000.00 pursuant to Title 47 U.S.C. § 553(c)(3)(A)(ii);

(b) Statutory damages for each willful violation in an amount to $50,000.00 pursuant to Title 47 U.S.C. § 553(c)(3)(B);

(c) The recovery of full costs pursuant to Title 47 U.S.C. Section 553 (c)(2)(C); and

(d) In the discretion of this Honorable Court, reasonable attorneys' fees, pursuant to Title 47 U.S.C. Section 553 (c)(2)(C).

**WHEREFORE, Plaintiff prays for judgment as set forth below.**

**As to the First Count:**

1. For statutory damages in the amount of $110,000.00 against the Defendants;

2. For reasonable attorneys' fees as mandated by statute;

3. For all costs of suit, including, but not limited to, filing fees, service of process fees, investigative costs; and

4. For such other and further relief as this Honorable Court may deem just and proper.

Page 7

### As to the Second Count:

1.  For statutory damages in the amount of $60,000.00 against the Defendants;

2.  For reasonable attorneys' fees as may be awarded in the Court's discretion pursuant

    to statute;

3.  For all costs of suit, including, but not limited to, filing fees, service of process fees,

    investigative costs; and

4.  For such other and further relief as this Honorable Court may deem just and proper.

Date:  *March 28 2018*

                                        Respectfully submitted,


                                        LAW OFFICES OF M.L. ZAGER, P.C.
                                        By: Robert B Hunter
                                        Attorneys for Plaintiff
                                        J & J Sports Productions, Inc.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 7:18-CV-02923                                          Date Filed: _____

Plaintiff:
**J & J SPORTS PRODUCTIONS, INC.**

vs.

Defendant:
**DAWN M. HERSHKO, INDIVIDUALLY AND D/B/A BRICKHOUSE FOOD &
DRINK; ITZHAK HERSHKO, INDIVIDUALLY AND D/B/A BRICKHOUSE
FOOD & DRINK AND BRICKHOUSE FOOD LLC, AN UNKNOWN
BUSINESS ENTITY D/B/A BRICKHOUSE FOOD & DRINK**

For:
LAW OFFICES OF M.L. ZAGER, P.C.
461 BROADWAY
PO BOX 948
MONTICELLO, NY 12701

Received by Direct Process Server LLC on the 4th day of April, 2018 at 2:05 pm to be served on **DAWN M.
HERSHKO, 20 S. BROADWAY, NYACK, NY 10960.**

I, Daniel Knight, do hereby affirm that on the **11th day of April, 2018** at **4:45 pm, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS IN A CIVIL
ACTION, CIVIL COVER SHEET AND COMPLAINT** with ALEX RITTER as **MANAGER** at **20 S.
BROADWAY, NYACK, NY 10960,** the said premises being the respondent's place of **Work** within the
State of New York.  Deponent completed service by mailing a true copy of the **SUMMONS IN A CIVIL
ACTION, CIVIL COVER SHEET AND COMPLAINT** in a postpaid envelope addressed to: **20 S.
BROADWAY, NYACK, NY 10960** and bearing the words "Personal & Confidential" by First Class Mail on
**4/13/2018** and placed in an official depository of the U.S.P.S. in **New York State**

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United
States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is
married.

**Description** of Person Served: Age: 22, Sex: M, Race/Skin Color: WHITE, Height: 5'10, Weight: 180, Hair:
brown, Glasses: n



## RETURN OF SERVICE For 7:18-CV-02923

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on : _____4 - 20 - 18_____
                      Date

Daniel Knight

**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2018000960

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Dawn M. Hershko

was received by me on *(date)*  04/5/2018 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  Alex

Ritter, Manager , a person of suitable age and discretion who resides there,

on *(date)*  4/11/2018, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  4/12/18

_____
*Server's signature*

Daniel Knight
_____
*Printed name and title*

30 S. Broadway, Ste. 602, Yonkers, NY 10701
_____
*Server's address*

Additional information regarding attempted service, etc:

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 7:18-CV-02923

Date Filed: _____

Plaintiff:
**J & J SPORTS PRODUCTIONS, INC.**

vs.

Defendant:
**DAWN M. HERSHKO, INDIVIDUALLY AND D/B/A BRICKHOUSE FOOD & DRINK; ITZHAK HERSHKO, INDIVIDUALLY AND D/B/A BRICKHOUSE FOOD & DRINK AND BRICKHOUSE FOOD LLC, AN UNKNOWN BUSINESS ENTITY D/B/A BRICKHOUSE FOOD & DRINK**

For:
LAW OFFICES OF M.L. ZAGER, P.C.
461 BROADWAY
PO BOX 948
MONTICELLO, NY 12701

Received by Direct Process Server LLC on the 4th day of April, 2018 at 2:05 pm to be served on **ITZHAK HERSHKO, 20 S. BROADWAY, NYACK, NY 10960.**

I, Daniel Knight, do hereby affirm that on the **11th day of April, 2018 at 4:45 pm, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET AND COMPLAINT** with **ALEX RITTER as MANAGER** at **20 S. BROADWAY, NYACK, NY 10960**, the said premises being the respondent's place of **Work** within the State of New York.  Deponent completed service by mailing a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET AND COMPLAINT** in a postpaid envelope addressed to: **20 S. BROADWAY, NYACK, NY 10960** and bearing the words "Personal & Confidential" by First Class Mail on **4/12/2018** and placed in an official depository of the U.S.P.S. in **New York State**

**Description** of Person Served: Age: 22, Sex: M, Race/Skin Color: White, Height: 5'10, Weight: 180, Hair: Brown, Glasses: N



## RETURN OF SERVICE For 7:18-CV-02923

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to  28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on : _____4-20-18_____
               Date

Daniel Knight

**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2018000958

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Itzhak Hershko

was received by me on *(date)*  04/5/2018 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  Alex Ritter,

Manager _____ , a person of suitable age and discretion who resides there,

on *(date)*  4/11/18 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  4/12/18 _____

_____
*Server's signature*

Daniel Knight
*Printed name and title*


30 S. Broadway, Ste 602, Yonkers, NY 10701
*Server's address*

Additional information regarding attempted service, etc:

United States District Court
Southern District of New York
_____

J & J Sports Productions, Inc.

                                                                    AFFIDAVIT OF SERVICE
                        Plaintiff,                                  Civil Action No. 7:18-cv-2923

            -against-

Dawn M. Hershko, individually and d/b/a
Brickhouse Food & Drink; et al.,

                        Defendants.
_____

State of New York )
                              ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action.  That
on April 5, 2018 at approximately 9:40 AM deponent served the following specific papers pursuant to Section
303 of the Limited Liability Company Law:  Summons in a Civil Action, Complaint, and Civil Cover Sheet, that
the party served was Brickhouse Food LLC, a domestic limited liability company sued herein as Brickhouse
Food LLC, an unknown business entity d/b/a Brickhouse Food & Drink, one of the defendants in this action,  by
personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State
located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the
papers with Nancy Dougherty, a white female with black hair, being approximately 56 years of age; height of
5'3", weight of 135 lbs., being an authorized person in the Corporation Division of the Department of State and
empowered to receive such service.  That at the time of making such service, deponent paid the fee prescribed by
Law in the amount of $40.00.

                                                        _____
                                                                    Mary M. Bonville

Sworn to before me this _____5_____ day of April, 2018

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2018