UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

J & J Sports Productions, Inc.,

                         Plaintiff,

  - against -

Dawn M. Hershko, individually and d/b/a
Brickhouse Food & Drink; Itzhak Hershko,
individually and d/b/a Brickhouse Food & Drink
and Brickhouse Food LLC, an unknown
business entity d/b/a Brickhouse Food & Drink

                        Defendants.
----------------------------------------------------------------X

ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT

Case No.: 7:18-cv-02923-KMK

Upon the affidavit of Joseph M. Gagliardi sworn to the 20th day June 2019 and the exhibits annexed thereto, and upon all prior papers and proceedings heretofore had herein, it is

**ORDERED** that the above named Defendants show cause before a motion term of this Court, in Courtroom 521 of the United States Courthouse, 300 Quarropas Street, White Plains, NY on __August 21__, 2019 at __12__ AM/PM, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiff, J & J Sports Productions, Inc.

**ORDERED** that service of a copy of this order and annexed affidavit and exhibits upon the Defendants, Itzhak Hershko and Dawn M. Hershko at 20 S. Broadway, Nyack NY 10960 and upon Brickhouse Food LLC at 20 S. Broadway, Nyack NY 10960 or their counsel on or before __July 28__, 2019 shall be deemed good service thereof.

Dated: 7/23/19

_____
Hon. Kenneth M. Karas

Opposition papers are due 8/12/19