UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J & J Sports Productions, Inc.,

                Plaintiff,
- against -

Itzhak Hershko, et al
                Defendants.
-----------------------------------------------------------------X

AFFIRMATION OF SERVICE

Case No.: 7:18-cv-02923-KMK

      The undersigned affirms under penalty of perjury that he is over 18 years of age and is an attorney at law duly admitted to practice in the State of New York and is associated with the firm of M.L. Zager, P.C.

      That on the 24 day of July 2019, affirmant served the within Order to Show Cause for Default Judgment and supporting papers upon Defendants, Itzhak Hershko and Dawn M. Hershko at 20 S. Broadway, Nyack NY 10960 and upon Brickhouse Food LLC at 20 S. Broadway, Nyack NY 10960 the address designated by them for the purpose by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper by regular mail in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Dated: July 24, 2019

_____
M.L. ZAGER, P.C.
BY: ROBERT B HUNTER, ESQ.
Attorney for Plaintiff
P.O. Box 948, 461 Broadway
Monticello, N.Y. 12701
(845) 794-3660