UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
J & J Sports Productions, Inc.,                                    **DEFAULT JUDGMENT** (proposed)

                       Plaintiff,
    - against -
                                                                Case No.: 7:18-cv-02923-KMK

Dawn M. Hershko, individually and d/b/a
Brickhouse Food & Drink; Itzhak Hershko,
individually and d/b/a Brickhouse Food & Drink
and Brickhouse Food LLC, an unknown
business entity d/b/a Brickhouse Food & Drink
                       Defendants.
------------------------------------------------------------------X

     This action having been commenced on April 3, 2018 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants, Dawn M. Hershko and Itzhak Hershko on April 11, 2018 (service was accepted by Alex Ritter, Manager) and proof of service was therefore filed on May 3, 2018 [Doc. #s 11 & 12] and upon defendant, Brickhouse Food LLC on April 5, 2018 (Service was accepted by Nancy Dougherty, Authorized Person, NYS Secretary of State) and proof of service was therefore filed on April 12, 2018 [Doc. #10], and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

     ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $_____ with interest at _____ % from _____ plus costs and disbursements of this action in the amount of $915.00 amounting in all to $_____.

Dated: New York, New York
_____

                                                          _____
                                                                 U.S.D.J.
                                             This document was entered on the docket on _____.