UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
J & J Sports Productions, Inc.,

                              Plaintiff,

    - against -

Dawn M. Hershko, individually and d/b/a
Brickhouse Food & Drink; Itzhak Hershko,
individually and d/b/a Brickhouse Food & Drink
and Brickhouse Food LLC, an unknown
business entity d/b/a Brickhouse Food & Drink

                             Defendants.
------------------------------------------------------------------X

**SUPPLEMENTAL AFFIRMATION AS TO DAMAGES**

Case No.: 7:18-cv-02923-KMK

      Robert B Hunter affirms under penalties of perjury that he is an attorney at law and associated with the firm of M. L. Zager, P.C., attorneys for the plaintiff herein.

      1. I make this affirmation in support of Plaintiff's application for entry of a default judgment.

      2. The damages Plaintiff seeks are correctly listed on page 5 of Plaintiff's memorandum in support of its application for default judgment.

Dated: August 21, 2019

                                        M. L. ZAGER, P.C.
                                        BY: ROBERT B HUNTER, ESQ.
                                        *Attorneys for Plaintiff*
                                        461 Broadway, P.O. Box 948
                                        Monticello, N.Y. 12701
                                        (845) 794-3660