UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
J & J Sports Productions, Inc.,
                      Plaintiff,         **AMENDED DEFAULT**
                                            **JUDGMENT**

      - against -

                                            Case No.: 7:18-cv-02923-KMK

Dawn M. Hershko, et al

                      Defendants.
------------------------------------------------------------------X

This action having been commenced on April 3, 2018 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants, Dawn M. Hershko and Itzhak Hershko on April 11, 2018 (service was accepted by Alex Ritter, Manager) and proof of service was therefore filed on May 3, 2018 [Doc. #s 11 & 12] and upon defendant, Brickhouse Food LLC on April 5, 2018 (Service was accepted by Nancy Dougherty, Authorized Person, NYS Secretary of State) and proof of service was therefore filed on April 12, 2018 [Doc. #10], and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $ _72,000_ ~~with (Prejudment) interest at the ___ % (Per Annum), from ___ to August 22, 2019, the date Judgment was entered, (in the amount of $___)~~ plus costs and disbursements of this action in the amount of $915.00 amounting in all to $ _72,915.00_, plus post-judgment interest pursuant to 28 USC 1961.

Dated: New York, New York
           11/19/19

                                                                 U.S.D.J.

                                            This document was entered on the docket
                                            on _____.